Circuit Court of Maryland

Go Back Now

**Case Information**

Court System: **Circuit Court for Frederick County - Civil System**
Case Number: **10C15002036**
Title:       **Applegate LP, et al vs Frederick County Maryland, et al**
Case Type:   **Other Tort**   Filing Date: **07/20/2015**
Case Status: **Open/Active**

**Plaintiff/Petitioner Information**

   *(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**   Party No.: **3**
Business or Organization Name: **College Estates LP**
Address: **2613 Cabover Drive**
City:    **Hanover**  State: **MD**  Zip Code: **21076**
*Attorney(s) for the Plaintiff/Petitioner*

Name:                **Sagal, Esq, Stuart L**
Appearance Date: **07/20/2015**
Practice Name:   **Sagal, Cassin, Filbert & Quasney, P A**
Address:         **600 Washington Ave**
                 **Suite 300**
City:            **Towson**  State: **MD**  Zip Code: **21204**
Name:            **Manuelides, Esq, Kimberly A.**
Appearance Date: **07/20/2015**
Practice Name:   **Sagal, Filbert, Quasney & Betten, P A**
Address:         **600 Washington Avenue**
                 **Suite 300**
City:            **Towson**  State: **MD**  Zip Code: **21204**
Name:            **Bekman, Esq, Paul D**
Appearance Date: **07/20/2015**
Practice Name:   **Salsbury, Clements, Bekman Marder & Adkins LLC**
Address:         **300 W Pratt St Ste 450**
City:            **Baltimore**  State: **MD**  Zip Code: **21201**

Party Type: **Plaintiff**   Party No.: **5**
Business or Organization Name: **Home Properties Hunters Glen LLC**
Address: **6 Garrison View Road**
City:    **Owings Mills**  State: **MD**  Zip Code: **21117**
*Attorney(s) for the Plaintiff/Petitioner*

Name:                **Bekman, Esq, Paul D**
Appearance Date: **07/20/2015**
Practice Name:   **Salsbury, Clements, Bekman Marder & Adkins LLC**
Address:         **300 W Pratt St Ste 450**
City:            **Baltimore**  State: **MD**  Zip Code: **21201**
Name:            **Sagal, Esq, Stuart L**
Appearance Date: **07/20/2015**
Practice Name:   **Sagal, Cassin, Filbert & Quasney, P A**
Address:         **600 Washington Ave**
                 **Suite 300**



EXHIBIT A

| | |
|---|---|
| City: | Towson   State: MD   Zip Code: 21204 |
| Name: | Manuelides, Esq, Kimberly A. |
| Appearance Date: | 07/20/2015 |
| Practice Name: | Sagal, Filbert, Quasney & Betten, P A |
| Address: | 600 Washington Avenue<br>Suite 300 |
| City: | Towson   State: MD   Zip Code: 21204 |

Party Type: **Plaintiff**   Party No.: **4**
Business or Organization Name: **Fredwood LLLP**
Address: **2613 Cabover Drive**
City:   **Hanover**   State: **MD**   Zip Code: **21076**

*Attorney(s) for the Plaintiff/Petitioner*

| | |
|---|---|
| Name: | Bekman, Esq, Paul D |
| Appearance Date: | 07/20/2015 |
| Practice Name: | Salsbury, Clements, Bekman Marder & Adkins LLC |
| Address: | 300 W Pratt St Ste 450 |
| City: | Baltimore   State: MD   Zip Code: 21201 |
| Name: | Sagal, Esq, Stuart L |
| Appearance Date: | 07/20/2015 |
| Practice Name: | Sagal, Cassin, Filbert & Quasney, P A |
| Address: | 600 Washington Ave<br>Suite 300 |
| City: | Towson   State: MD   Zip Code: 21204 |
| Name: | Manuelides, Esq, Kimberly A. |
| Appearance Date: | 07/20/2015 |
| Practice Name: | Sagal, Filbert, Quasney & Betten, P A |
| Address: | 600 Washington Avenue<br>Suite 300 |
| City: | Towson   State: MD   Zip Code: 21204 |

Party Type: **Plaintiff**   Party No.: **6**
Business or Organization Name: **Home Properties Elmwood Terrace LLC**
Address: **6 Garrison View Road**
City:   **Owings Mills**   State: **MD**   Zip Code: **21117**

*Attorney(s) for the Plaintiff/Petitioner*

| | |
|---|---|
| Name: | Bekman, Esq, Paul D |
| Appearance Date: | 07/20/2015 |
| Practice Name: | Salsbury, Clements, Bekman Marder & Adkins LLC |
| Address: | 300 W Pratt St Ste 450 |
| City: | Baltimore   State: MD   Zip Code: 21201 |
| Name: | Sagal, Esq, Stuart L |
| Appearance Date: | 07/20/2015 |
| Practice Name: | Sagal, Cassin, Filbert & Quasney, P A |
| Address: | 600 Washington Ave<br>Suite 300 |
| City: | Towson   State: MD   Zip Code: 21204 |
| Name: | Manuelides, Esq, Kimberly A. |
| Appearance Date: | 07/20/2015 |
| Practice Name: | Sagal, Filbert, Quasney & Betten, P A |
| Address: | 600 Washington Avenue<br>Suite 300 |
| City: | Towson   State: MD   Zip Code: 21204 |

Party Type: **Plaintiff**   Party No.: **1**
Business or Organization Name: **Applegate LP**

Address: **2613 Cabover Drive**
City:       **Hanover**  State: **MD**  Zip Code: **21076**

*Attorney(s) for the Plaintiff/Petitioner*

Name:                        **Sagal, Esq, Stuart L**
Appearance Date: **07/20/2015**
Practice Name:       **Sagal, Cassin, Filbert & Quasney, P A**
Address:                    **600 Washington Ave**
                                      **Suite 300**
City:                           **Towson**  State: **MD**  Zip Code: **21204**
Name:                        **Manuelides, Esq, Kimberly A.**
Appearance Date: **07/20/2015**
Practice Name:       **Sagal, Filbert, Quasney & Betten, P A**
Address:                    **600 Washington Avenue**
                                      **Suite 300**
City:                           **Towson**  State: **MD**  Zip Code: **21204**
Name:                        **Bekman, Esq, Paul D**
Appearance Date: **07/20/2015**
Practice Name:       **Salsbury, Clements, Bekman Marder & Adkins LLC**
Address:                    **300 W Pratt St Ste 450**
City:                           **Baltimore**  State: **MD**  Zip Code: **21201**

Party Type: **Plaintiff**  Party No.: **2**
Business or Organization Name: **Country Hill LP**
Address: **2613 Cabover Drive**
City:       **Hanover**  State: **MD**  Zip Code: **21076**

*Attorney(s) for the Plaintiff/Petitioner*

Name:                        **Sagal, Esq, Stuart L**
Appearance Date: **07/20/2015**
Practice Name:       **Sagal, Cassin, Filbert & Quasney, P A**
Address:                    **600 Washington Ave**
                                      **Suite 300**
City:                           **Towson**  State: **MD**  Zip Code: **21204**
Name:                        **Manuelides, Esq, Kimberly A.**
Appearance Date: **07/20/2015**
Practice Name:       **Sagal, Filbert, Quasney & Betten, P A**
Address:                    **600 Washington Avenue**
                                      **Suite 300**
City:                           **Towson**  State: **MD**  Zip Code: **21204**
Name:                        **Bekman, Esq, Paul D**
Appearance Date: **07/20/2015**
Practice Name:       **Salsbury, Clements, Bekman Marder & Adkins LLC**
Address:                    **300 W Pratt St Ste 450**
City:                           **Baltimore**  State: **MD**  Zip Code: **21201**

**Defendant/Respondent Information**

   *(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**  Party No.: **1**
Business or Organization Name: **Frederick County Maryland**
Address: **101 North Court Street**
City:       **Frederick**  State: **MD**  Zip Code: **21701**
Address: **Winchester Hall**
City:       **Frederick**  State: **MD**  Zip Code: **21701**

Party Type: **Defendant**  Party No.: **2**

9/1/2015                                                               Case Information

Case 1:15-cv-02588-JKB   Document 2-1   Filed 09/01/15   Page 4 of 4

Business or Organization Name: **City of Frederick**
Address: **101 North Court Street**
City: **Frederick**  State: **MD**  Zip Code: **21701**

**Document Tracking**

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Doc No./Seq No.: **1/0**
File Date: **07/20/2015**  Entered Date: **07/24/2015**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Complaint with Request for Jury Trial**

with Case Information Report

Filed by PLT001-Applegate LP, PLT002-Country Hill LP, PLT003-College Estates LP, PLT004-Fredwood LLLP, PLT005-Home Properties Hunters Glen LLC, PLT006-Home Properties Elmwood Terrace LLC

Doc No./Seq No.: **2/0**
File Date: **07/20/2015**  Entered Date: **07/24/2015**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Writ of Summons - Civil Issued**

Doc No./Seq No.: **3/0**
File Date: **07/20/2015**  Entered Date: **07/24/2015**  Decision:
Party Type: **Defendant**  Party No.: **2**
Document Name: **Writ of Summons - Civil Issued**

Doc No./Seq No.: **4/0**
File Date: **08/04/2015**  Entered Date: **08/06/2015**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Certificate of Service (2)**

Doc No./Seq No.: **5/0**
File Date: **08/25/2015**  Entered Date: **08/27/2015**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Summons Request to Reissue - City of Frederick**

Doc No./Seq No.: **6/0**
File Date: **08/27/2015**  Entered Date: **08/27/2015**  Decision:
Party Type: **Defendant**  Party No.: **2**
Document Name: **Writ of Summons - Civil Issued**

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*